IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KINGSLEY JONES,              *

    Petitioner           *

vs.                          *
                                 CASE NO. 4:07-CV-12 (CDL)
BRUCE CHATMAN, Warden, et al., *

    Respondents          *

                            *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 5, 2007 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 3rd day of March, 2008.

                                         S/Clay D. Land
                                           CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE